**Exhibit A to the Complaint**

**Location:** San Francisco, CA  **IP Address:** 73.202.125.136
**Total Works Infringed:** 34  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-25-2023 05:39:31 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 2 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-14-2023 01:24:59 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 3 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash:<br>0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 02-13-2023 23:05:18 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 4 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash:<br>5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-13-2023 22:41:01 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 5 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash:<br>A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 02-13-2023 22:31:51 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 6 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash:<br>87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 02-13-2023 22:31:23 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 7 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash:<br>462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 02-13-2023 21:13:49 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 8 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 02-13-2023 21:13:41 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 9 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash:<br>C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 02-13-2023 21:13:26 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 10 | Info Hash: AE257D4A3CDE9D8FF36BE1AAE46B51BCE08F13F8<br>File Hash:<br>8854DBD8FC6501108CFD939FD068C4B2EDF8582D4CCFDA8839034056CC5BE3C4 | 02-13-2023 21:00:12 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 11 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash:<br>0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 02-13-2023 20:54:26 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3D46FAEADF791918AC2A93212D3718829DA75199<br>File Hash:<br>5BDE7B26D36920362ED85DF09E14320ADB11C91B3BD45C8AE255457731D3D8D0 | 02-13-2023<br>20:51:15 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 13 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash:<br>6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 02-13-2023<br>20:41:25 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 14 | Info Hash: CBB8EFA690BAF1D17507540D286327403A2431BA<br>File Hash:<br>1BDD3F34007D48ADBD65B0379BD4125B1E87E95FCA65A6185CB5B0C765E4740C | 02-13-2023<br>20:28:44 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 15 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash:<br>E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 02-13-2023<br>20:25:01 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 16 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash:<br>C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 02-13-2023<br>20:24:09 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 17 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash:<br>E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 02-13-2023<br>20:23:37 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 18 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash:<br>57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 02-13-2023<br>20:22:31 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 19 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash:<br>1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 12-05-2022<br>01:19:43 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 20 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash:<br>22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 12-05-2022<br>01:18:42 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 21 | Info Hash: D8055232131B06F6CAD0F7F397AD503726D9AB25<br>File Hash:<br>259BA2AC357EB495BD53CB93EB29BD820E4A75D4B655ECE57ABBF5DF17250B9C | 12-04-2022<br>20:32:09 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 22 | Info Hash: 0470341D0EE7F066BCA23C40FB4BA20E17A92091<br>File Hash:<br>1E2E13E36A0C512C5156CC0FDDDEA112CA31907178300EE881FD428A36567559 | 12-04-2022<br>20:10:24 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 23 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash:<br>C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 12-04-2022<br>19:11:24 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 12-04-2022 04:43:44 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 25 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash: CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 12-04-2022 04:41:54 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 26 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 12-04-2022 04:38:24 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 27 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 12-04-2022 04:19:55 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 28 | Info Hash: DB6867B5E544608FD849299373175B96D97ECD8D<br>File Hash: 88DFAE9DD94A584BAE7F4A2F261D6586B30E44CFD57C4A8CAB9B25941510A822 | 12-04-2022 04:18:16 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 29 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash: FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 12-04-2022 04:09:52 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 30 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash: 9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 12-04-2022 03:56:53 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 31 | Info Hash: 9FD030F39D82AEE61DD8AB857E9909A0BE1C8CA1<br>File Hash: 8C3DAACA6DC292B5883A77B6BC1E4132AD50581A1B1EE79D0C37A1B7F6D35E05 | 12-04-2022 03:38:36 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 32 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash: 928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 12-04-2022 03:27:24 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 33 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 12-04-2022 03:22:02 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 34 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 12-04-2022 03:20:41 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |